# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DAVID WILLIAMS,** **PLAINTIFF**
**ADC #078730**

**VS.** **5:17CV00171-BRW-JTK**

**CORRECT CARE SOLUTIONS,** *et al.* **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations (Doc. No. 9) from United States Magistrate Judge Jerome T. Kearney.   There have been no objections.   After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendant UAMS is DISMISSED from Plaintiff's Complaint.

IT IS SO ORDERED this 24th day of July, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE